People v Prophete
2026 NY Slip Op 04045
June 25, 2026
Appellate Division, First Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

The People of the State of New York, Respondent,
v
Kwesi Prophete, Appellant.

Decided and Entered: June 25, 2026
Ind. No. 73400/23|Appeal No. 6107|Case No. 2025-00296|
Before: Webber, J.P., Friedman, González, O'neill Levy, Michael, JJ.

Jenay Nurse Guilford, Center for Appellate Litigation, New York (David J. Klem of counsel), for appellant.
Alvin L. Bragg, Jr., District Attorney, New York (Jacob C. Marcus of counsel), for respondent.

[*1]
An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Marisol Martinez Alonso, J.), rendered December 11, 2024,
Said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive,
It is unanimously ordered that the judgment so appealed from be and the same is hereby modified, as a matter of discretion in the interest of justice, to the extent of vacating the surcharge and fees imposed on defendant at sentencing, and otherwise
affirmed (see People v Chirinos, 190 AD3d 434 [1st Dept 2021]). We note that the People do not oppose this relief.
The decision and Order of this Court entered
herein on (February 19, 2026) is hereby recalled and
vacated (see M-1511 decided simultaneously herewith).
THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: June 25, 2026